2:13-cv-00301-GMN-NJK

# FILED

# UNDER

# SEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STIRLING MORTIMER GLOBAL PROPERTY FUND PCC LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD NEILL TREVOR ROBERTS, JANE SHERIDAN ROBERTS, and REGAL PROPERTY HOLDINGS, INC.,<br><br>Defendants. | Case No. **2:13-cv-00301-GMN-NJK**<br><br>**ORDER GRANTING *EX PARTE* MOTION TO TEMPORARILY SEAL FILE** |

This matter came before the Court upon the *ex parte* motion by Plaintiff to temporarily seal the file of this case. The Court has considered Plaintiff's motion, together with the memorandum of points and authorities in support thereof, together with the pleadings and papers of record in this matter, and finds that good cause exists supporting an Order temporarily sealing the file in this matter. The Plaintiff has requested an order sealing this matter temporarily until this Court considers and rules upon Plaintiff's *Ex Parte* Application For Temporary Restraining Order And/Or Motion For Preliminary Injunction. If the Court grants said *ex parte* application for a Temporary Restraining Order, the Plaintiff requests the file be sealed through and until service of the TRO is made upon Defendants, which service should be accomplished as soon as possible. If the Court denies said *ex parte* application for a Temporary Restraining Order,

Plaintiff requests the file be sealed until Plaintiff can effect service of process upon Defendants, which service should be accomplished as soon as possible.

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TEMPORARILY SEAL** this case until further Order of this Court.

**DATED** this 25th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

PARSONS BEHLE & LATIMER
Michael R. Kealy, Bar No. 0971
David M. Bennion, Bar No. 5664 (Pro Hac Requested)
Cory D. Sinclair, Bar No. 11158 (Pro Hac Requested)
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
Attorneys for Plaintiff

20796.001/4824-7884-8530.1

- 2 -