1

2

3

4

5          UNITED STATES DISTRICT COURT

6          DISTRICT OF NEVADA

7                    * * *

8   STERLING MORTIMER GLOBAL          )
    PROPERTY FUND PCC LIMITED,        )
9                                     )
                                      )
10                Plaintiff,          )          2:13-cv-00301-GMN-NJK
                                      )
11  vs.                               )
                                      )
12  RICHARD NEILL TREVOR ROBERTS, et al.,   )          **O R D E R**
                                      )
13                Defendants.         )
                                      )
14  _____  )

15          Before the Court is the Plaintiff's Request for Status Conference (#57).  The Plaintiff

16  requests a status conference pursuant to LR 16-2, "to discuss Plaintiff's pending Motion for

17  Preliminary Injunction." However, Plaintiff has not provided the Court with sufficient

18  justification to hold the requested conference.

19          Further, it appears that the Plaintiff is seeking to inquire about the status of its

20  Preliminary Injunction.  The Plaintiff may, after sufficient time has passed, send this inquiry via

21  letter to the United States District Judge assigned to this matter pursuant to LR 7-6.

22          Based on the foregoing, and good cause appearing therefore,

23          IT IS HEREBY ORDERED that the Plaintiff's Request for Status Conference (#57) is

24  DENIED.

25          DATED: May 1, 2013

26

27
                                        _____
28                                      NANCY J. KOPPE
                                        United States Magistrate Judge