UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STERLING MORTIMER GLOBAL PROPERTY FUND PCC LIMITED,<br><br>           Plaintiff,<br><br>vs.<br><br>RICHARD NEILL TREVOR ROBERTS, et al.,<br><br>           Defendants. | 2:13-cv-00301-GMN-NJK<br><br>**O R D E R** |

Before the Court is the Plaintiff's Request for Status Conference (#57). The Plaintiff requests a status conference pursuant to LR 16-2, "to discuss Plaintiff's pending Motion for Preliminary Injunction." However, Plaintiff has not provided the Court with sufficient justification to hold the requested conference.

Further, it appears that the Plaintiff is seeking to inquire about the status of its Preliminary Injunction. The Plaintiff may, after sufficient time has passed, send this inquiry via letter to the United States District Judge assigned to this matter pursuant to LR 7-6.

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Request for Status Conference (#57) is DENIED.

DATED: May 1, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge