**LIONEL SAWYER & COLLINS**
Samuel S. Lionel, NBN 1766
slionel@lionelsawyer.com
Jennifer A. Smith, NBN 610
jsmith@lionelsawyer.com
Ryan A. Andersen, NBN 12321
randersen@lionelsawyer.com
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STIRLING MORTIMER GLOBAL PROPERTY FUND PCC LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD NEILL TREVOR ROBERTS, JANE SHERIDAN ROBERTS, and REGAL PROPERTY HOLDINGS, INC.<br><br>Defendants. | Case No.: 2:13-cv-00301-JAD-NJK<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br><br>**O R D E R** |

COME NOW Stirling Mortimer Global Property Fund PCC Limited, Richard Neill Trevor Roberts, Jane Sheridan Elizabeth Roberts, and Regal Property Holdings, Inc. (each a "Party" and collectively the "Parties"), by and through their undersigned respective counsel, and file this their Stipulation to Dismiss Appeal with Prejudice (the "Stipulation"), respectfully stating as follows:

1. Each of the Parties have reached a settlement of various issues (the "Settlement"), including the issues that are the subject of the above-captioned case (the "Case"). The Settlement was subject to approval by the Bankruptcy Court, and the Bankruptcy Court has entered its order approving the Settlement.

2. Accordingly, by its terms, the Parties' Settlement is now effective. The Settlement requires the dismissal of this Case with prejudice, as the issues that are the subject of

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST
LAS VEGAS,
NEVADA 89101
(702) 383-8888

this Case have been fully resolved, pursuant to the terms of the Settlement.

3. All attorneys' fees and costs incurred in connection with this Case are to be taxed against the party incurring the same.

4. It is hereby **STIPULATED** by the Parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this Case be dismissed with prejudice.

WHEREFORE, the Parties respectfully request that the Court enter an order: (i) approving this Stipulation; (ii) and dismissing this Case with prejudice, with each Party to bear its attorneys' fees and costs incurred herein.

Respectfully submitted this 30 day of December, 2013.

LIONEL SAWYER & COLLINS

Samuel S. Lionel, NBN 1766
Jennifer A. Smith, NBN 610
Ryan A. Andersen, NBN 12321
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

*Attorneys for Richard Neill Trevor Roberts, Jane Sheridan Elizabeth Roberts, and Regal Property Holdings, Inc.*

-and-

PARSONS BEHLE & LATIMER

Michael R. Kealy, NBN 971
David M. Bennion (Admitted Pro Hac Vice)
Cory D. Sinclair (Admitted Pro Hac Vice)
50 West Liberty Street, Suite 750
Reno, Nevada 89501

*Attorneys for Stirling Mortimer Global Property Fund PCC Limited*

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 30, 2013.