UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STIRLING MORTIMER GLOBAL PROPERTY FUND PPC LTD | |
| Plaintiff, | 2:13-cv-0301 JAD-NJK |
| vs. | MINUTES OF THE COURT |
| RICHARD NEILL TREVOR ROBERTS, et al | DATED April 11, 2016 |
| Defendants. | |

PRESENT
THE HONORABLE JENNIFER A. DORSEY, UNITED STATES JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>   RECORDER:   NONE APPEARING

COUNSEL FOR PLAINTIFF (S) :   NONE APPEARING

COUNSEL FOR DEFENDANT (S) :   NONE APPEARING

MINUTE ORDER IN CHAMBERS:

The Order on Stipulation of Dismissal (#84) was entered in this case on December 30, 2013. Good cause appearing,

IT IS ORDERED that the Cash Deposits by Plaintiff (#15, #16 and #17), posted in the amount of $3,000.00 total, receipts #1577, #1576, and #1575 filed February 27, 2013, are hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____
UNITED STATES DISTRICT JUDGE

DATED:   April 12, 2016